IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KATHRYN REED and**
**ISAAC MCCOMBS**                                                              **PLAINTIFFS**

v.                                          4:21-CV-00652-BSM

**NISSAN NORTH AMERICA, INC.,** *et al.*                                       **DEFENDANTS**

### ORDER

Plaintiffs' motion for voluntary dismissal without prejudice [Doc. No. 13] is granted, and this case is dismissed without prejudice. Fed. R. Civ. P. 41.

IT IS SO ORDERED this 14th day of April, 2022.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE