IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KATHRYN REED and**
**ISAAC MCCOMBS**                                                                                **PLAINTIFFS**

**v.**                                        **4:21-CV-00652-BSM**

**NISSAN NORTH AMERICA, INC.,** *et al.*                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE